# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-3870

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | District of Nebraska. |
| German Escorcia, also known as | * | |
| Herman, also known as German | * | [UNPUBLISHED] |
| Perez Escorcia, | * | |
| | * | |
| Appellant. | * | |

_____

Submitted: July 5, 2000
Filed: July 21, 2000

_____

Before RICHARD S. ARNOLD, BEAM, and MURPHY, Circuit Judges.

_____

PER CURIAM.

German Escorcia was found guilty of conspiring to distribute and possess with intent to distribute methamphetamine, in violation of 21 U.S.C. § 846, and the district court[1] sentenced him to 121 months imprisonment and five years supervised release. On appeal, Escorcia's counsel has filed a brief and moved to withdraw pursuant to

_____

[1] The Honorable Richard G. Kopf, United States District Judge for the District of Nebraska.

Anders v. California, 386 U.S. 738 (1967). Although Escorcia was granted permission to file a pro se supplemental brief, he has not done so.

After review of counsel's Anders brief, along with our independent review of the record in accordance with Penson v. Ohio, 488 U.S. 75 (1988), we conclude that there are no nonfrivolous issues for appeal. Accordingly, we affirm the judgment of the district court, and we grant counsel's motion to withdraw.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.